JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IVAN DION MCGEE,

    Plaintiff,

v.

SAN BERNARDINO COUNTY SHERIFFS, et al,

    Defendants.

Case No. 5:25-cv-00195-PA-SP

**JUDGMENT**

In accordance with the Order Dismissing Action Without Prejudice for Failure to Comply with a Court Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: March 4, 2025

                                      PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE